No. 892. CITY OF NEW YORK ET AL. *v.* LINDLEY M.
GARRISON, AS RECEIVER, ETC., ET AL.  Appeal from the
District Court of the United States for the Southern Dis-
trict of New York.  Motion to dismiss submitted May
26, 1924.  Decided June 2, 1924.  *Per Curiam.*  Dismissed
for want of jurisdiction upon the authority of *Heike* v.
*United States,* 217 U. S. 423, 429; *Rexford* v. *Bruns-
wick-Balke Collender Co.,* 228 U. S. 339, 346; *Collins* v.
*Miller,* 252 U. S. 364, 365; *Oneida Navigation Corpora-
tion* v. *Job & Co.,* 252 U. S. 521, 522.  *Mr. Charles P.
Howland,* for appellees, in support of the motion.  *Mr.
George P. Nicholson* and *Mr. William G. Fullen,* for
appellants, in opposition to the motion.

No. —. *Ex parte:* IN THE MATTER OF JULIUS SHAPIRO
ET AL., INDIVIDUALLY AND AS COPARTNERS, DOING BUSI-
NESS AS SHAPIRO & COMPANY, BANKRUPTS, PETITIONERS.
Submitted June 2, 1924.  Decided June 9, 1924.  Motion
for a stay herein denied.  *Mr. Jerome C. Jackson* and *Mr.
Melvin H. Dalberg* for petitioners.

No. 1002. TWOHY BROTHERS COMPANY *v.* CLARENCE
KENNEDY.  Error to the Circuit Court of Appeals for the
Ninth Circuit.  Motion to dismiss submitted June 2,
1924.  Decided June 9, 1924.  *Per Curiam.*  Dismissed for
the want of jurisdiction upon the authority of *Shulthis*
v. *McDougal,* 225 U. S. 561, 568; *Hull* v. *Burr,* 234 U. S.
712, 720; *Delaware, Lackawanna & Western R. R. Co.*
v. *Yurkonis,* 238 U. S. 439, 444; *Barnett* v. *Kunkel,* 264
U. S. 16.  *Mr. W. T. Sprowls,* for defendant in error, in
support of the motion.  *Mr. E. C. Brandenburg, Mr. G. P.
Bullard* and *Mr. Samuel White,* for plaintiff in error, in
opposition to the motion.